UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL J. TERREBONNE (#478981)

VERSUS

APACHE, ET AL.

CIVIL ACTION

NO. 13-463-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action of United States Magistrate Judge Stephen C. Riedlinger dated August 27, 2013 (doc. no. 5) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims are DISMISSED pursuant to 28 U.S.C. § 1915, without prejudice to any state law claims, and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert against these defendants which would be both consistent with the facts alleged in his complaint and which would support federal question or diversity jurisdiction.

Baton Rouge, Louisiana, October 28, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA